UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
THOMAS DENNEY, R. THOMAS WEEKS, NORMAN
R. KIRISITS, KATHRYN M. KIRISITS, TD CODY
INVESTMENTS, L.L.C., RTW INVESTMENTS, L.L.C.,
NRK SYRACUSE INVESTMENTS, L.L.C., DKW
PARTNERS, DKW LOCKPORT INVESTORS, INC.,
DONALD A. DESTEFANO, PATRICIA J. DESTEFANO,
DD TIFFANY CIRCLE INVESTMENTS L.L.C.,
TIFFANY CIRCLE PARTNERS, DIAMOND ROOFING
COMPANY, INC., JEFF BLUMIN, JB HILLTOP
INVESTMENTS L.L.C., KYLE BLUMIN, KB HOAG
LANE INVESTMENTS, L.L.C., L. MICHAEL BLUMIN,
MB ST. ANDREWS INVESTMENTS, L.L.C.,
FAYETTEVILLE PARTNERS, and LAUREL HOLLOW : **ORDER**
INVESTORS, INC., on their own behalf and on behalf
of all others similarly situated,                         : 03 Civ. 5460 (SAS)

                              Plaintiffs,

                   - against -

JENKENS & GILCHRIST, a Texas Professional
Corporation, JENKENS & GILCHRIST, an Illinois
Professional Corporation, BDO SEIDMAN, L.L.P.,
PASQUALE & BOWERS, L.L.P., CANTLEY &
SEDACCA, L.L.P., DERMODY, BURKE, AND BROWN,
CERTIFIED PUBLIC ACCOUNTANTS, PLLC, PAUL M.
DAUGERDAS, PAUL SHANBROM, EDWARD
SEDACCA, DEUTSCHE BANK AG, and DEUTSCHE
BANK SECURITIES, INC., d/b/a DEUTSCHE BANK
ALEX BROWN, A DIVISION OF DEUTSCHE BANK
SECURITIES, INC.,

                              Defendants.
------------------------------------------------------- x
SHIRA A. SCHEINDLIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/08

I have reviewed the request to distribute five million dollars of the settlement fund to claimants who have already had their claims allowed, submitted by Michael D. Young and the Honorable Michael Dontzin, Co-Special Masters in this action. Based on that request, the disbursement of five million dollars ($5,000,000.00) from the fund is hereby APPROVED.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 10, 2008

## - Appearances -

**For Plaintiffs:**

David Deary, Esq.
W. Ralph Canada, Esq.
Jeven R. Sloan, Esq.
J. Dylan Snapp, Esq.
Deary Montgomery DeFeo & Canada, LLP
Chateau Plaza, Suite 1565
2515 McKinney Avenue
Dallas, Texas 75201
(214) 292-2600

Jeffrey Daichman, Esq.
Kane & Kessler, P.C.
1350 Avenue of the Americas
New York, New York, 10019
(212) 541-6222

Joe R. Whatley, Jr., Esq.
Othni Lathram, Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
(205) 328-9576

Ernest Cory, Esq.
Cory Watson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

Stephen F. Malouf, Esq.
Stephen F. Malouf, P.C.
3811 Turtle Creek Blvd., Suite 1600
Dallas, Texas 75219
(214) 969-7373

Robert J. Clary, Esq.
Owens, Clary & Aiken, LLP
700 North Pearl, Suite 1600
Dallas, Texas 75201
(214) 698-2100

**For Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.:**

Lawrence M. Hill, Esq.
Seth C. Farber, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

**For Defendant Jenkens & Gilchrist, P.C.:**

Rod Phelan, Esq.
Samara Kline, Esq.
Baker Botts, LLP
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
(212) 953-6500

**For Defendants Paul Daugerdas, Erwin Mayer, and Donna Guerin:**

Larry Black, Esq.
7039 Comanche Trail
Austin, Texas 78732
(512) 402-1745