UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
THOMAS DENNEY, R. THOMAS WEEKS, NORMAN :
R. KIRISITS, KATHRYN M. KIRISITS, TD CODY :
INVESTMENTS, L.L.C., RTW INVESTMENTS, L.L.C., :
NRK SYRACUSE INVESTMENTS, L.L.C., DKW :
PARTNERS, DKW LOCKPORT INVESTORS, INC., :
DONALD A. DESTEFANO, PATRICIA J. DESTEFANO, :
DD TIFFANY CIRCLE INVESTMENTS L.L.C., :
TIFFANY CIRCLE PARTNERS, DIAMOND ROOFING :
COMPANY, INC., JEFF BLUMIN, JB HILLTOP :
INVESTMENTS L.L.C., KYLE BLUMIN, KB HOAG :
LANE INVESTMENTS, L.L.C., L. MICHAEL BLUMIN, :
MB ST. ANDREWS INVESTMENTS, L.L.C., :
FAYETTEVILLE PARTNERS, and LAUREL HOLLOW :   **ORDER**
INVESTORS, INC., on their own behalf and on behalf :
of all others similarly situated,                     :   03 Civ. 5460 (SAS)
                                                      :
                          Plaintiffs,                 :
                                                      :
          - against -                                 :
                                                      :
JENKENS & GILCHRIST, a Texas Professional             :
Corporation, JENKENS & GILCHRIST, an Illinois         :
Professional Corporation, BDO SEIDMAN, L.L.P.,        :
PASQUALE & BOWERS, L.L.P., CANTLEY &                  :
SEDACCA, L.L.P., DERMODY, BURKE, AND BROWN, :
CERTIFIED PUBLIC ACCOUNTANTS, PLLC, PAUL M. :
DAUGERDAS, PAUL SHANBROM, EDWARD                      :
SEDACCA, DEUTSCHE BANK AG, and DEUTSCHE               :
BANK SECURITIES, INC., d/b/a DEUTSCHE BANK            :
ALEX BROWN, A DIVISION OF DEUTSCHE BANK               :
SECURITIES, INC.,                                     :
                                                      :
                          Defendants.                 :
------------------------------------------------------- x

SHIRA A. SCHEINDLIN, U.S.D.J.:

I have reviewed the invoice submitted by Michael D. Young and the Honorable Michael Dontzin – Co-Special Masters in this action – reflecting their services from June 8, 2009 until December 21, 2009. Based on their invoice, a disbursement of $6480.00 is hereby APPROVED.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 21, 2009

## - Appearances -

**For Plaintiffs:**

David Deary, Esq.
W. Ralph Canada, Esq.
Jeven R. Sloan, Esq.
J. Dylan Snapp, Esq.
Deary Montgomery DeFeo & Canada, LLP
Chateau Plaza, Suite 1565
2515 McKinney Avenue
Dallas, Texas 75201
(214) 292-2600

Jeffrey Daichman, Esq.
Kane & Kessler, P.C.
1350 Avenue of the Americas
New York, New York, 10019
(212) 541-6222

Joe R. Whatley, Jr., Esq.
Othni Lathram, Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
(205) 328-9576

Ernest Cory, Esq.
Cory Watson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

Stephen F. Malouf, Esq.
Stephen F. Malouf, P.C.
3811 Turtle Creek Blvd., Suite 1600
Dallas, Texas 75219
(214) 969-7373

Robert J. Clary, Esq.
Owens, Clary & Aiken, LLP
700 North Pearl, Suite 1600
Dallas, Texas 75201
(214) 698-2100

**For Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.:**

Lawrence M. Hill, Esq.
Seth C. Farber, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

**For Defendant Jenkens & Gilchrist, P.C.:**

Rod Phelan, Esq.
Samara Kline, Esq.
Baker Botts, LLP
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
(212) 953-6500

**For Defendants Paul Daugerdas, Erwin Mayer, and Donna Guerin:**

Larry Black, Esq.
7039 Comanche Trail
Austin, Texas 78732
(512) 402-1745